UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GREGORY THOMPSON,

        Plaintiff,

-vs-                                      Case No. 6:11-cv-1779-Orl-28DAB

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This case is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. No. 20) filed March 5, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 7, 2013 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act ("EAJA") (Doc. No. 20) is **GRANTED**. Plaintiff is awarded $3,307.00 for attorney's fees and $350.00 for costs under the EAJA. The Clerk of the Court is directed to enter judgment in favor of Plaintiff in the amounts set forth herein.

      DONE and ORDERED in Chambers, Orlando, Florida this \_\_1st\_\_ day of April, 2013.

                                          JOHN ANTOON II
                                          United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record